**Opinion issued July 12, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00474-CV**

_____

**STATE OFFICE OF RISK MANAGEMENT, Appellant**

**V.**

**SHARON BROWN AND REGINALD E. MCKAMIE, Appellees**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-62310**

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.